AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.

WILBER RAFAEL GARCES-PEREZ

*Defendant*

Case No. **1:26-mj-00918-DH**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* WILBER RAFAEL GARCES-PEREZ ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 USC 111(a)(1) & (b), Assaulting, Resisting, and Impeding a Federal Officer

Date: 09/28/2026

*Issuing officer's signature*

City and state: Austin, Texas

Dustin M. Howell, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________ , and the person was arrested on *(date)* ____________
at *(city and state)* ____________ .

Date: ____________

*Arresting officer's signature*

*Printed name and title*