FILED
September 30, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: VAR
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA §
§
V. § NO. 1:26-MJ-918
§
WILBER GARCES-PEREZ §

## DETENTION HEARING EXHIBIT LIST

| EXHIBIT | DESCRIPTION | Submitted/Admitted |
|---|---|---|
| 1 | Pathfinder Case History Report.pdf | 9/30/2026 |
| 2 | Letter from Travis Co DA.pdf | 9/30/2026 |
| 3 | Facebook video screen share.mp4 | 9/30/2026 |
| 4 | Renaud Declaration-Signed.pdf | 9/30/2026 |
| 5 | Cell phone shooting video screen share.mp4 | 9/30/2026 |
| 6 | Motion to Reopen.pdf | 9/30/2026 |
| | | |
| | | |
| | | |
| | | |
| | | |